

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
BANK OF COMMUNICATIONS, HANGZHOU BRANCH



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF COMMUNICATIONS, HANGZHOU BRANCH,<br><br>                   Plaintiff,<br><br>            -against-<br><br>UNIVERSAL SHIPPING GROUP INC., AMSTEC SHIPPING PTE LTD., and GUANGZHOU SUNNY OCEAN INTERNATIONAL SHIPMANAGEMENT CO. LTD.,<br><br>                   Defendants. | 08 Civ. _____<br><br>**CORPORATE DISCLOSURE IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

      I, Lissa D. Schaupp, attorney for Plaintiff Bank of Communications, Hangzhou Branch ("BOCHB"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure regarding Plaintiff BOCHB:

BOCHB is a branch of Bank of Communications, which is listed on the Hong Kong and Shanghai stock exchanges.

Dated:   New York, New York
         July 3, 2008

                            HOLLAND & KNIGHT LLP

                By: _____
                            Michael J. Frevola
                            Christopher R. Nolan
                            Lissa D. Schaupp
                            195 Broadway
                            New York, NY 10007-3189
                            Tel:   (212) 513-3200
                            Fax:   (212) 385-9010

                            *Attorneys for Plaintiff*

# 5454728_v1