CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BANK OF COMMUNICATIONS, HANGZHOU  :
BRANCH,
                                                             :
                                                             :
                        Plaintiff,                           :    08-CV-6141
                                                             :
              v.                                             :    **NOTICE OF**
                                                             :    **APPEARANCE**
UNIVERSAL SHIPPING GROUP INC., AMSTEC :
SHIPPING PTE LTD., and GUANGZHOU             :
SUNNY OCEAN INTERNATIONAL                    :
SHIPMANAGEMENT CO. LTD.,                     :
                                                             :
                        Defendants.                          :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 29, 2008

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch

                        By:             _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ 07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201