UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF COMMUNICATIONS, HANGZHOU BRANCH,<br><br>Plaintiff,<br><br>-against-<br><br>UNIVERSAL SHIPPING GROUP INC., AMSTEC SHIPPING PTE LTD., and GUANGZHOU SUNNY OCEAN INTERNATIONAL SHIPMANAGEMENT CO. LTD.,<br><br>Defendants. | 08 Civ. 6141 (JGK)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Bank of Communications, Hangzhou Branch, by and through its attorneys of record, dismisses this action without prejudice.

Dated: New York, New York
       August 11, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
Christopher R. Nolan
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Telefax: (212) 385-9010 fax
E-mail: michael.frevola@hklaw.com
        chris.nolan@hklaw.com